Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−12795−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Leroy Lane Jr.
  63 Nichols St
  Newark, NJ 07105

Social Security No.:
  xxx−xx−2611

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/14/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 14, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-12795-SLM
Leroy Lane, Jr.                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 14, 2018
                             Form ID: 148          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db            +Leroy Lane, Jr.,   63 Nichols St,   Newark, NJ 07105-6601
517445765     +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
517330220     +Deutsche Bank,   c/o Stern & Eisenberg, PC,   1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517356311      EDI: HNDA.COM May 15 2018 03:13:00    American Honda Finance Corporation,
               National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
517464611      EDI: RESURGENT.COM May 15 2018 03:13:00    LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
517465002      E-mail/Text: camanagement@mtb.com May 14 2018 23:31:23    M&T Bank,
               c/o Schiller Knapp Lefkowitz Hertzel LLP,   Post Office Box 840,   Buffalo, New York 14240
                                                                                          TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517446357     Best Egg c/o SST,Inc. 4315 Pickett Rd, St. Joseph
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Leonard R Boyer    on behalf of Debtor Leroy  Lane, Jr. lrbnjesq@gmail.com,
               lrbnjlaw@gmail.com/mcordova48890@aol.com;r.lr73573@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5