```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
BOYER COFFY, LLC.
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
```

Order Filed on May 14, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Leroy Lane,

    Debtor

Case No.: 18-12795

Chapter: 13

Hearing Date: 

Judge: Stacey L. Meisel

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: May 14, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

This matter having come before the Court on Motion/Application of __Leonard R. Boyer, Esq.__, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

**ORDERED** as follows:

☒ case is dismissed.

☐ case is converted to a proceeding under Chapter 7.

☐ case is converted to a proceeding under Chapter 11.

☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

  ☐ (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

  ☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

  ☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

  ☐ (d) Other (ie, Counsel Fee Award or other relief to moving party)

  _____
  _____
  _____

Page 3

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a) $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b) $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c) Other: _____

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12795-SLM
Leroy Lane, Jr.                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: May 14, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db              +Leroy Lane, Jr.,    63 Nichols St,    Newark, NJ 07105-6601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Leonard R Boyer    on behalf of Debtor Leroy  Lane, Jr. lrbnjesq@gmail.com,
               lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5